UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JOHN O'SHEA,

    Plaintiff,

v.

ANASTASIA COOPER,

    Defendant.

Case No. 22-cv-08986-TLT

**ORDER OF DISMISSAL**

Plaintiff, a person in detention at the Maguire Correctional Facility in San Mateo County proceeding *pro se*, filed a "motion to file a complaint" on December 20, 2022. ECF 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee. ECF 2, 3. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The notices were returned as undeliverable mail. ECF 4. The Clerk of the Court resent the notices on May 26, 2023, requiring plaintiff to correct the deficiencies within twenty-eight days from the date of the new notices. ECF 8, 9. That deadline has passed. Plaintiff filed a complaint on the proper form on June 27, 2023. ECF 13. However, he has not submitted an *in forma pauperis* application or paid the filing fee. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application.

//

//

The Clerk shall enter judgment in favor of defendant, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: July 10, 2023

_____
TRINA L. THOMPSON
United States District Judge